McGREGOR W. SCOTT
United States Attorney
KAREN A. ESCOBAR
Assistant U.S. Attorney
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000



FILED

MAR 1 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
     DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | MAG. NO. 06-0044 SMS |
| ) Plaintiff, ) | ORDER |
| v. ) | |
| TRINIDAD ANGULO, ) | |
| ) Defendant. ) | |
| _____) | |

Having considered the government's application to unseal the arrest warrant, criminal complaint and affidavit in the above-captioned proceeding,

IT IS HEREBY ORDERED that the arrest warrant, criminal complaint and affidavit submitted in support of the criminal complaint shall be UNSEALED.

Dated: March 1, 2006

_____
LAWRENCE J. O'NEILL
U.S. Magistrate Judge

1